IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

    Plaintiff,                    No. CIV S-06-1232 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 21, 2007, claims against several defendants of plaintiff's first amended complaint were dismissed with leave to file a second amended complaint. Plaintiff has filed a second amended complaint.

        The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Plaintiff also brings claims pursuant to Title II of the Americans with Disabilities Act (ADA) and the Rehabilitation Act (RA). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: California Department of

1

1  Corrections and Rehabilitation (CDCR); Correctional Officer (C/O) Nesbeth; C/O Hislip; C/O
2  Baker; N. Grannis.
3       2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one
4  summons, an instruction sheet and a copy of the second amended complaint filed April 20, 2007.
5       3. Within thirty days from the date of this order, plaintiff shall complete the
6  attached Notice of Submission of Documents and submit the following documents to the court:
7           a. The completed Notice of Submission of Documents;
8           b. One completed summons;
9           c. One completed USM-285 form for each defendant listed in number 1
10              above; and
11          d. Six (6) copies of the endorsed second amended complaint filed April
12              20, 2007.
13      4. Plaintiff need not attempt service on defendants and need not request waiver of
14  service.  Upon receipt of the above-described documents, the court will direct the United States
15  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
16  without payment of costs.
17  DATED: 6/18/07                          /s/ Gregory G. Hollows
18                                          UNITED STATES MAGISTRATE JUDGE
19  GGH:009
    wils1232.2am
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,                  No. CIV S-06-1232 MCE GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,    <u>NOTICE OF SUBMISSION</u>

        Defendants.               <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    <u> 1 </u>    completed summons form

    <u> 5 </u>    completed USM-285 forms

    <u> 6 </u>    copies of the <u>April 20, 2007</u>
                            Second Amended Complaint

DATED:

_____
Plaintiff