IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,                  No. CIV S-06-1232 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Defendants have filed a request for an extension of time to file a responsive pleading in this action.  Although defendants have filed the request and a proposed order in .pdf format in the court's electronic filing system, the undersigned has not received a proposed order in wordprocessing format via email from counsel, pursuant to E. D. Local Rule 5-137(b).  The court will not consider a request that is not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 10/11/07

                                                  /s/ Gregory G. Hollows

                                                  _____
                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
wils1232.lcr