IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID WILSON,** | 2:06-CV-1232 MCE GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On October 4, 2007, Defendants sought an extension of time, from October 5, 2007 up to and including December 3, 2007, within which to file a responsive pleading in this action.

Defendants' request is granted, but there will be no further extension of time.

**IT IS SO ORDERED**.

Dated: 10/16/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

wils1232.po

[Proposed] Order Granting Defendants' First Request For An Extension Of Time

1