IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,                    No. CIV S-06-1232 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 28, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 28, 2008, are adopted in full;

2. Defendants' motion to dismiss, filed on 12/03/07 (#21), is granted and plaintiff's claims against defendants Grannis and CDCR, and his claims for injunctive relief under the ADA/RA, are dismissed;

3. This action shall proceed only as to plaintiff's First, Eighth and Fourteenth Amendment claims against defendants Nesbeth, Hislip, and Baker for money damages only; and

4. Defendants' 1/29/08 (#24) motion for denial/continuance of plaintiff's summary judgment motion, pursuant to Fed. R. Civ. P. 56(f), is granted, and plaintiff's motion for summary judgment, filed on 1/22/08 (#23), is denied as premature.

Dated:  September 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE