IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-06-1232 MCE GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.         ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Pursuant to the Order, filed on 9/25/08, this matter now proceeds only as to plaintiff's First, Eighth and Fourteenth Amendment claims against defendants Nesbeth, Hislip, and Baker solely for money damages.

      Accordingly, IT IS ORDERED that defendants file their answer within twenty (20) days of the date this order is filed.

DATED: 10/16/08                                 /s/ Gregory G. Hollows

                                                     UNITED STATES MAGISTRATE JUDGE

GGH:009
wils1232.rsp