IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID WILSON,** | Case No. 2:06-CV-1232 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to respond to Plaintiff's request for admissions was considered by this Court, and good cause appearing:

**IT IS HEREBY ORDERED** that the Defendants Hislip and Baker shall serve their responses to Plaintiff's request for admissions by July 14, 2009.  The discovery deadline is re-set until August 3, 3009, to afford plaintiff the opportunity to file a motion after the responses are served.  Notwithstanding the above reset discovery deadline, defendant Nesbeth shall respond to Plaintiff's request for admissions within 30 days after his return from military leave.

Dated:  June 24, 2009      /s/ Gregory G. Hollows

                                          The Honorable Gregory G. Hollows

1

[Proposed] Order (2:06-CV-1232 MCE GGH P)