IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

        Plaintiff,                    No. CIV S-06-1232 MCE GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Pending before the undersigned are plaintiff's motions to compel filed July 21, 2009. For the following reasons, these motions are denied.

        Plaintiff seeks to compel further responses to requests for production of documents. According to the mailbox rule, plaintiff's motions to compel were actually filed on July 16, 2009, and July 19, 2009. Pursuant to the March 13, 2009, scheduling order, motions to compel were due on or before July 3, 2009. Accordingly, the motions to compel are untimely.

        On June 25, 2009, the court re-set the discovery deadline to August 3, 2009, for plaintiff's request for admissions. This extension of time did not apply to requests for production of documents.

/////

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to compel (no.
2 | 44 and 45) are denied.
3 | DATED: December 8, 2009
4 | /s/ Gregory G. Hollows
5 | UNITED STATES MAGISTRATE JUDGE
6 |
7 | wil1232.com