IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID WILSON,** | Case No. 2:06-CV-1232 MCE GGH P |
| Plaintiff, | |
| **v.** | ORDER |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendants' request to modify the Scheduling Order was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that the Defendants shall have to and including May 5, 2010, to file a dispositive motion, and to file opposition to Plaintiff's Motion for Summary Judgment.

No further extensions.

Dated:  February 5, 2010                            /s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

Wils1232.eot3

1